AO 245B    (Rev. 09/08) Judgment in a Criminal Case
Sheet 1

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

# UNITED STATES DISTRICT COURT

### Eastern District of Arkansas

JUN 24 2009

JAMES W. McCORMACK, CLERK
By:_____

DEP CLERK

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| **v.** | ) | |
| SHARON L. ALEXANDER | ) | Case Number:  4:04cr00249-01  JMM |
| | ) | USM Number: 23757-009 |
| | ) | J. Blake Hendrix |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)   1 of Indictment

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1344 & 1349 | Conspiracy to Commit Bank Fraud, a Class B Felony | 12/1/2004 | 1 |

The defendant is sentenced as provided in pages 2 through     6     of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)   2 & 12   ☐ is   ☑ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/22/2009
Date of Imposition of Judgment

Signature of Judge

James M. Moody                    US District Judge
Name of Judge                      Title of Judge

6/24/2009
Date

AO 245B    (Rev. 09/08) Judgment in Criminal Case
          Sheet 2 — Imprisonment

Judgment — Page   2   of   6

DEFENDANT:  SHARON L. ALEXANDER
CASE NUMBER:  4:04cr00249-01  JMM

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

SIXTY-ONE (61) MONTHS

☑  The court makes the following recommendations to the Bureau of Prisons:

The defendant shall participate in mental health treatment, and educational and vocational programs.

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
Sheet 3 — Supervised Release

DEFENDANT:  SHARON L. ALEXANDER

CASE NUMBER:  4:04cr00249-01 JMM

Judgment—Page ___3___ of ___6___

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

THREE (3) YEARS

      The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☑   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑   The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐   The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

      If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)  the defendant shall support his or her dependents and meet other family responsibilities;

5)  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 09/08) Judgment in a Criminal Case
           Sheet 3C — Supervised Release

Judgment—Page __4__ of __6__

DEFENDANT:  SHARON L. ALEXANDER
CASE NUMBER:  4:04cr00249-01  JMM

# SPECIAL CONDITIONS OF SUPERVISION

1) Pursuant to 12 USC §§ 1785 & 1829, the defendant shall not obtain employment in an institution insured by the FDIC or a Federal Credit Union.

2)  The defendant shall disclose financial information upon request of the U.S. Probation Office, including, but not limited to, loans, lines of credit, and tax returns.  This also includes records of any business with which the defendant is associated.  No new lines of credit shall be established without prior approval of the U.S. Probation Office until all criminal penalties have been satisfied.

3) The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
          Sheet 5 — Criminal Monetary Penalties

Judgment — Page __5__ of __6__

DEFENDANT:  SHARON L. ALEXANDER
CASE NUMBER:  4:04cr00249-01  JMM

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0.00 | $ 178,363.52 |

☐  The determination of restitution is deferred until _____ .  An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| SEE ATTACHED |  | $178,363.52 |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| **TOTALS** | $ 0.00 | $ 178,363.52 |
|---|---|---|

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑  the interest requirement is waived for the    ☐ fine  ☑ restitution.

☐  the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

## Account 1

| Date | Retailer | Check # | Amount |
|------|----------|---------|--------|
| 8/3/2004 | Venture Bank | 1083 | $230.00 |
| 8/20/2004 | Wal-Mart | 1002 | $400.00 |
| 8/20/2004 | WENDY'S | 1003 | $16.02 |
| 8/20/2004 | POPEYES | 1004 | $17.86 |
| 8/24/2004 | Dollar General | 1009 | $146.18 |
| 8/24/2004 | Goodys | 1010 | $200.00 |
| 8/24/2004 | Wendy's | 1012 | $18.19 |
| 8/24/2004 | Lowes | 1013 | $400.00 |
| 8/25/2004 | Chick Fila | 1024 | $14.03 |
| 8/25/2004 | Wal-Mart | 1025 | $400.00 |
| 8/26/2004 | Wal-Mart | 1018 | $400.00 |
| 8/26/2004 | JC Pennys | 1020 | $200.00 |
| 8/26/2004 | Lowes | 1021 | $400.00 |
| 8/27/2004 | Hardees | 1019 | $26.06 |
| 8/30/2004 | Family Dollar | 1026 | $143.10 |
| 8/31/2004 | Burger King | 1027 | $21.64 |
| 9/10/2004 | Old Navy | 9999 | $300.00 |

$3,333.08

## ACCOUNT 2

| Check # | Date | Retailer | Amount |
|---|---|---|---|
| 3495 | 11/21/2004 | Arby's | $20.05 |
| 3399 | 11/17/2004 | Back Yard Burgers | $24.37 |
| 3484 | 11/20/2004 | Back Yard Burgers | $18.99 |
| 3494 | 11/21/2004 | Back Yard Burgers | $26.39 |
| 3483 | 11/20/2004 | Big Red | $37.80 |
| 3406 | 11/17/2004 | Burger King | $15.35 |
| 3470 | 11/19/2004 | Burger King | $18.52 |
| 3473 | 11/20/2004 | Burger King | $20.55 |
| 3499 | 11/23/2004 | Burger King | $22.93 |
| 3359 | 11/24/2004 | Burger King | 14.69 |
| 3367 | 11/26/2004 | Chick-Fil-A | $13.70 |
| 3386 | 11/15/2004 | Chick-Fil-A | $27.08 |
| 3398 | 11/16/2004 | Dollar General Corporation | $147.95 |
| 3362 | 11/26/2004 | Dollar General Corporation | $187.37 |
| 3391 | 11/16/2004 | Dollar Tree Stores, Inc. | $81.38 |
| 3408 | 11/18/2004 | Dollar Tree Stores, Inc. | $99.19 |
| 3472 | 11/19/2004 | Exxon | $35.14 |
| 3383 | 11/15/2004 | Family Dollar | $127.46 |
| 3402 | 11/17/2004 | Family Dollar | $135.00 |
| 3403 | 11/17/2004 | Fred's | $185.92 |
| 3412 | 11/18/2004 | Fred's | $169.41 |
| 3492 | 11/21/2004 | Fred's | $209.95 |
| 3496 | 11/22/2004 | Fred's | $200.00 |
| 3344 | 11/23/2004 | Fred's | $203.93 |
| 3350 | 11/24/2004 | Fred's | $200.00 |
| 3394 | 11/16/2004 | Goody's Family Clothing, Inc. | $174.61 |
| 3411 | 11/18/2004 | Goody's Family Clothing, Inc. | $180.87 |
| 3479 | 11/20/2004 | Goody's Family Clothing, Inc. | $204.93 |
| 3500 | 11/22/2004 | Goody's Family Clothing, Inc. | $200.00 |
| 3357 | 11/242004 | Goody's Family Clothing, Inc. | $187.99 |
| 3467 | 11/19/2004 | Hancock Fabrics | $103.91 |
| 3468 | 11/19/2004 | Hancock Fabrics | $103.91 |
| 3388 | 11/16/2004 | Hancock Fabrics | $95.46 |
| 3497 | 11/21/2004 | Harvest Foods | $135.82 |
| 3413 | 11/18/2004 | Hastings Entertainment | $139.88 |
| 3342 | 11/23/2004 | Hastings Entertainment | $167.72 |
| 3365 | 11/26/2004 | Hastings Entertainment | $129.10 |
| 3389 | 11/16/2004 | Hobby Lobby | $191.96 |
| 3476 | 11/20/2004 | Hobby Lobby | $200.00 |
| 3347 | 11/24/2004 | Hobby Lobby | $200.00 |
| 3493 | 11/21/2004 | Home Depot | $451.13 |
| 3355 | 11/24/2004 | Home Depot | $285.94 |
| 3409 | 11/18/2004 | JC Penney Home Office | $59.31 |
| 3410 | 11/18/2004 | JC Penney Home Office | $100.00 |
| 3477 | 11/20/2004 | Kroger | $131.24 |
| 3358 | 11/24/2004 | Kroger | $182.07 |
| 3480 | 11/20/2004 | Lowes Companies, Inc. | $310.19 |
| 3490 | 11/21/2004 | Lowes Companies, Inc. | $463.56 |

| 3352 | 11/24/2004 | Lowes Companies, Inc. | $388.18 |
| 3407 | 11/18/2004 | McDonald's | $16.62 |
| 3369 | 12/6/2004 | Michaels Stores, Inc. | $95.44 |
| 3491 | 11/21/2004 | Office Max | $188.97 |
| 3401 | 11/17/2004 | Phillips 66 | $30.00 |
| 3488 | 11/20/2004 | Phillips 66 | $50.37 |
| 3485 | 11/20/2004 | Popeyes | $16.45 |
| 3464 | 11/19/2004 | Sally Beauty Supply | $46.46 |
| 3481 | 11/20/2004 | Sally Beauty Supply | $29.67 |
| 3381 | 11/15/2004 | Shell | $31.39 |
| 3498 | 11/22/2004 | Shell | $32.34 |
| 3346 | 11/23/2004 | Shell | $33.26 |
| 3405 | 11/17/2004 | Subway | $24.07 |
| 3463 | 11/18/2004 | Subway | $17.81 |
| 3349 | 11/24/2004 | Subway | $15.77 |
| 3366 | 11/26/2004 | Subway | $15.28 |
| 3414 | 11/18/2004 | Taco Bell | $28.07 |
| 3360 | 11/24/2004 | Taco Bell | $27.27 |
| 3345 | 11/23/2004 | Tobacco Rack #2 | $79.03 |
| 3351 | 11/24/2004 | Trees N Trends, Inc. | $319.19 |
| 3392 | 11/16/2004 | Tuesday Morning | $235.38 |
| 3348 | 11/24/2004 | Tuesday Morning | $306.43 |
| 3404 | 11/17/2004 | USA Drugs | $88.98 |
| 3393 | 11/16/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 3396 | 11/16/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 3474 | 11/20/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 3382 | 11/15/2004 | Wendy's | $17.64 |
| 3397 | 11/16/2004 | Wendy's | $13.44 |
| | | **TOTAL** | **$9,990.23** |

Account 3

| DATE | RETAILER | CHECK # | AMOUNT |
|------|----------|---------|--------|
| 1/5/2003 | Petro pete | 5091 | $25.00 |
| 1/5/2003 | Goody's | 5092 | $451.17 |
| 1/5/2003 | TJ Max | 5093 | $410.81 |
| 1/5/2003 | Lowes | 5094 | $550.74 |
| 1/5/2003 | Sam goody | 5095 | $226.40 |
| 1/5/2003 | Wal-Mart | 5096 | $472.85 |
| 1/5/2003 | K-Mart | 5097 | $241.19 |
| 1/5/2003 | Pizza Hut | 5099 | $29.79 |
| 1/6/2003 | Kroger | 5100 | $271.92 |
| 1/6/2003 | McDonlds | 5101 | $17.36 |
| 1/7/2003 | Petro pete | 5102 | $25.00 |
| 1/7/2003 | Hastings | 5103 | $644.22 |
| 1/7/2003 | Lowes | 5104 | $538.51 |
| 1/7/2003 | Burger King | 5105 | $8.56 |
| 1/7/2003 | Hastings | 5106 | $500.21 |
| 1/7/2003 | Curcit City | 5107 | $230.65 |
| 1/7/2003 | Pets Mart | 5108 | $569.10 |
| 1/7/2003 | Kroger | 5110 | $261.06 |
| 1/8/2003 | Pets Mart | 5111 | $511.79 |
| 1/8/2003 | Best Buy | 5112 | $696.22 |
| 1/8/2003 | Staples | 5113 | $958.58 |
| 1/8/2003 | Andy's | 5115 | $17.65 |
| 1/8/2003 | Kroger | 5121 | $227.27 |
| 1/9/2003 | Freds | 5122 | $195.56 |
| 1/9/2003 | Party City | 5123 | $240.09 |
| 1/9/2003 | Petro pete | 5124 | $25.00 |
| 1/9/2003 | Lowes | 5125 | $782.88 |
| 1/9/2003 | Shoe Connectic | 5126 | $182.91 |
| 1/9/2003 | Athlete's Village | 5127 | $160.25 |
| 1/9/2003 | Wendys | 5128 | $15.10 |
| 1/10/2003 | Party Factory | 5171 | $157.16 |
| 1/10/2003 | Hibbet Sport | 5172 | $182.96 |
| 1/10/2003 | Body Shop | 5173 | $149.59 |
| 1/10/2003 | K-Mart | 5174 | $200.00 |
| 1/10/2003 | Cato | 5175 | $116.16 |
| 1/10/2003 | Price Cutters | 5176 | $303.61 |
| 1/10/2003 | Murphy USA | 5177 | $25.00 |
| 1/10/2003 | Harvest Foods | 5178 | $87.83 |
| 1/11/2003 | Party City | 5179 | $223.86 |
| 1/11/2003 | Harvest Foods | 5180 | $84.37 |
| 1/13/2003 | McDonlds | 5116 | $14.39 |

$11,032.77

**Account 4**

| Date | Retailer | Check # | Amount |
|------|----------|---------|--------|
| 10/27/2004 | Wal-Mart | 3052 | $400.00 |
| 10/28/2004 | Murphey USA | 3063 | $25.00 |
| 10/28/2004 | Goodys | 3065 | $200.00 |
| 10/29/2004 | Pizza Hut | 3012 | $41.74 |
| 10/29/2004 | Wendys | 3013 | $30.88 |
| 10/29/2004 | Stage | 3067 | $205.11 |
| 10/29/2004 | Freds | 3068 | $264.13 |
| 10/29/2004 | Subway | 3070 | $14.77 |
| 10/30/2004 | Party City | 3015 | $67.70 |
| 10/31/2004 | Wal-Mart | 3018 | $400.00 |
| 11/2/2004 | Murphey USA | 2953 | $37.36 |
| 11/2/2004 | O'Reilly | 2954 | $186.05 |
| 11/2/2004 | Kroger's | 2956 | $220.96 |
| 11/2/2004 | Kroger's | 2964 | $188.60 |
| 11/3/2004 | Lowe's | 2958 | $455.33 |
| 11/3/2004 | Trees & Trends | 2959 | $250.47 |
| 11/3/2004 | Freds | 2961 | $103.91 |
| 11/3/2004 | Home Depot | 2962 | $423.25 |
| 11/4/2004 | Wal-Mart | 2965 | $400.00 |
| 11/4/2004 | Tuesday Morning | 2966 | $248.32 |
| 11/4/2004 | Goodys | 2967 | $194.80 |
| 11/4/2004 | Dollar General | 2968 | $107.91 |
| 11/7/2004 | Lowe's | 2970 | $442.61 |

$4,908.90

Account 5

| Check # | Date | Retailer | Amount |
|---------|------|----------|--------|
| 3560 | 7/30/2004 | TJ Max | $101.00 |
| 3543 | 8/1/2004 | Sears | $400.00 |
| 3544 | 8/1/2004 | JC Pennys | $400.00 |
| 3545 | 8/1/2004 | Circuit City | $300.00 |
| 3550 | 8/1/2004 | Lowes | $400.00 |
| 3554 | 8/2/2004 | Office Max | $197.19 |
| 3555 | 8/2/2004 | Tree & Trend | $188.84 |
| 3556 | 8/2/2004 | Fred's | $281.52 |
| 3562 | 8/3/2004 | Dollar General | $279.57 |
| 3563 | 8/3/2004 | Cato | $159.65 |
| 3564 | 8/3/2004 | Burlington | $277.30 |
| 3565 | 8/3/2004 | Michael's | $219.20 |
| 3566 | 8/3/2004 | JC Pennys | $164.53 |
| 3567 | 8/3/2004 | US Pizza | $28.00 |
| 3551 | 8/4/2004 | Wal-Mart | $423.51 |
| 3568 | 8/4/2004 | Sports Shop | $172.00 |
| 3569 | 8/4/2004 | Dollar General | $194.31 |
| 3481 | 8/5/2004 | Dollar Tree | $94.50 |
| 3482 | 8/5/2004 | Wal-Mart | $447.42 |
| 3484 | 8/5/2004 | Super Stop | $65.61 |
| 3485 | 8/5/2004 | Krogers | $190.34 |
| | | | $4,984.49 |

## Account 6

| Date | Retailer | Check # | Amount |
|------|----------|---------|--------|
| 6/30/2004 | WENDY'S | 4193 | $17.26 |
| 6/30/2004 | OLD NAVY | 4271 | $400.00 |
| 6/30/2004 | WALMART | 4272 | $400.00 |
| 6/30/2004 | BELK | 4273 | $321.92 |
| 7/2/2004 | KROGER | 4276 | $196.93 |
| 7/2/2004 | BURLINGTON | 4277 | $294.51 |
| 7/2/2004 | SEARS | 4278 | $350.00 |
| 7/2/2004 | JC PENNY'S | 4279 | $200.00 |
| 7/2/2004 | GOODY'S | 4280 | $211.37 |
| 7/2/2004 | KROGER | 4282 | $248.31 |
| 7/2/2004 | WALMART | 4283 | $401.17 |
| 7/2/2004 | KROGER | 4298 | $77.57 |
| 7/2/2004 | DILLARDS | 4303 | $39.24 |
| 7/3/2004 | DOLLAR TREE | 4284 | $92.99 |
| 7/3/2004 | BELK | 4286 | $339.50 |
| 7/5/2004 | WALMART | 4287 | $400.00 |
| 7/7/2004 | FRED'S | 4289 | $146.26 |
| 7/8/2004 | HOME DEPOT | 4293 | $400.00 |
| 7/8/2004 | SHERWOOD PONTIAC | 4294 | $515.97 |

$5,053.00

## ACCOUNT 7

| Check # | Date | Retailer | Amount |
|---|---|---|---|
| 561 | 9/14/2004 | Burger King | $8.47 |
| 549 | 9/8/2004 | Burlington Coat Factory | $482.32 |
| 563 | 9/14/2004 | Dollar General Corporation | $203.29 |
| 554 | 9/13/2004 | Dollar General Corporation | $233.26 |
| 555 | 9/13/2004 | Family Dollar | $119.61 |
| 544 | 9/8/2004 | Fred's | $153.71 |
| 578 | 9/14/2004 | Goody's Family Clothing, Inc. | $232.67 |
| 557 | 9/13/2004 | Harvest Foods | $118.13 |
| 552 | 9/9/2004 | Hastings Entertainment | $160.50 |
| 558 | 9/14/2004 | Hastings Entertainment | $172.08 |
| 543 | 9/8/2004 | Kinko's | $115.81 |
| 564 | 9/14/2004 | Kroger | $187.94 |
| 569 | 9/9/2004 | Party City Corporation | $100.68 |
| 553 | 9/9/2004 | Price Chopper | $241.91 |
| 562 | 9/14/2004 | School Days | $154.67 |
| 568 | 9/9/2004 | Sigler Center | $491.57 |
| 542 | 9/8/2004 | Sigler Center | $838.36 |
| 559 | 9/14/2004 | Wal-Mart Stores, Inc. | $200.00 |
| 560 | 9/14/2004 | Wal-Mart Stores, Inc. | $200.00 |
| 551 | 9/8/2004 | Wal-Mart Stores, Inc. | $409.31 |
| | | TOTAL | $4,824.29 |

Alexander, S
Alexander, V
Gulley

## ACCOUNT 8

| Date | Retailer | Check # | Amount |
|------|----------|---------|--------|
| 9/3/2004 | JC Pennys | 2182 | $200.00 |
| 9/3/2004 | Wal-Mart | 2183 | $400.00 |
| 9/3/2004 | Wal-Mart | 2188 | $400.00 |
| 9/3/2004 | TJ Max | 2189 | $400.00 |
| 9/3/2004 | Home Depot | 2192 | $400.00 |
| 9/3/2004 | Super Stop | 2194 | $34.71 |
| 9/4/2004 | McDonalds | 2198 | $23.03 |
| 9/5/2004 | Arby's | 2199 | $13.76 |
| 9/5/2004 | Dollar General | 2200 | $183.12 |
| 9/5/2004 | Shell | 2201 | $32.80 |
| 9/5/2004 | Dollar Tree | 2206 | $112.32 |
| 9/5/2004 | McDonalds | 2208 | $14.40 |
| 9/5/2004 | Toca Bell | 2209 | $29.64 |
| 9/6/2004 | Backyard Burger | 2215 | $10.99 |
| 9/6/2004 | Wild River Country | 2217 | $228.67 |
| 9/6/2004 | Subway | 2218 | $18.34 |
| 9/6/2004 | O Reilly | 2227 | $127.41 |
| 9/6/2004 | Pizza Hut | 2228 | $57.96 |
| 9/7/2004 | Freds | 2221 | $161.30 |
| 9/7/2004 | Wal-Mart | 2222 | $182.29 |
| 9/8/2004 | Dollar General | 2223 | $155.34 |
| 9/8/2004 | Freds | 2224 | $137.79 |
| 9/8/2004 | Goody's | 2226 | $200.00 |
| 9/8/2004 | Exxon | 2229 | $43.48 |
| 9/9/2004 | Dollar Tree | 2232 | $84.24 |
| 9/9/2004 | Backyard Burger | 2233 | $11.64 |
| 9/9/2004 | Stage | 2234 | $148.35 |
| 9/9/2004 | Walgreen's | 2235 | $120.00 |
| 9/9/2004 | Goody's | 2236 | $208.37 |
| 9/9/2004 | Wal-Mart | 2237 | $200.00 |
| 9/9/2004 | Dollar Tree | 2238 | $81.70 |
| 9/9/2004 | Home Depot | 2239 | $322.08 |
| 9/9/2004 | Krogers | 2240 | $187.58 |
| 9/9/2004 | Shell | 2241 | $43.00 |
| 9/10/2004 | Party City | 2242 | $43.24 |
| 9/10/2004 | Home Depot | 2243 | $274.89 |
| 9/10/2004 | Lowes | 2244 | $334.28 |
| 9/10/2004 | McDonalds | 2245 | $19.80 |
| 9/10/2004 | Dixie Café | 2246 | $24.49 |
| 9/11/2004 | Subway | 2247 | $19.24 |
| 9/11/2004 | Goody's | 2248 | $200.00 |
| 9/11/2004 | Sears | 2249 | $400.00 |
| 9/11/2004 | Wal Greens | 2250 | $100.78 |
| 9/11/2004 | Goody's | 2251 | $200.00 |
| 9/11/2004 | Dollar Tree | 2252 | $99.82 |
| 9/11/2004 | Family Dollar | 2253 | $144.88 |
| 9/11/2004 | Budget Saver | 2254 | $104.00 |
| 9/11/2004 | Krogers | 2255 | $154.76 |
| 9/11/2004 | Goody's | 2256 | $279.40 |
| 9/11/2004 | Krogers | 2257 | $127.95 |

$7,501.66

## ACCOUNT 9

| Date | Retailer | Check # | Amount |
|------|----------|---------|--------|
| 9/3/2004 | Sears | 2491 | $400.00 |
| 9/3/2004 | Shoe Carnival | 2492 | $300.00 |
| 9/3/2004 | Wal-Mart | 2493 | $400.00 |
| 9/3/2004 | JC Pennys | 2496 | $400.00 |
| 9/3/2004 | Home Depot | 2497 | $400.00 |
| 9/13/2004 | Murphy USA | 2501 | $30.00 |
| 9/13/2004 | Shell | 2502 | $25.00 |
| | | | $1,955.00 |

**ACCOUNT 10**

| Check # | Date | Retailer | Amount |
|---|---|---|---|
| 1589 | 7/20/2004 | Burlington Coat Factory | $329.65 |
| 1572 | 7/17/2004 | Buzz Buy | $34.70 |
| 1490 | 7/22/2004 | Chick-fil-A | $17.32 |
| 1576 | 7/17/2004 | Dollar General Corporation | $260.94 |
| 1581 | 7/17/2004 | Fred's | $165.90 |
| 1600 | 7/21/2004 | Fred's | $205.35 |
| 1482 | 7/22/2004 | Goody's Family Clothing, Inc. | $256.02 |
| 1591 | 7/20/2004 | Goody's Family Clothing, Inc. | $235.53 |
| 1599 | 7/21/2004 | Goody's Family Clothing, Inc. | $199.28 |
| 1491 | 7/22/2004 | Home Depot | $400.00 |
| 1583 | 7/19/2004 | Home Depot | $400.00 |
| 1486 | 7/22/2004 | Lowes Companies, Inc. | $296.14 |
| 1598 | 7/21/2004 | Lowes Companies, Inc. | $400.00 |
| 1595 | 7/21/2004 | Pier 1 Imports | $200.00 |
| 1579 | 7/17/2004 | Popeye's | $12.34 |
| 1588 | 7/20/2004 | Shell | $27.45 |
| 1580 | 7/17/2004 | Shoe Connection | $139.54 |
| 1578 | 7/17/2004 | Toca Bell | $12.40 |
| 1597 | 7/21/2004 | Trees N Trends, Inc. | $170.50 |
| 1483 | 7/22/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 1492 | 7/22/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 1575 | 7/17/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 1577 | 7/17/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 1601 | 7/21/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 1582 | 7/17/2004 | Wendy's | $12.33 |
| | | TOTAL | $5,775.39 |

## ACCOUNT 11

| Retailer | Check # | NAME | Amount |
|---|---|---|---|
| Shell | 3231 | Folkner | $25.83 |
| Pizza Hut | 3232 | Folkner | $40.12 |
| Dollar General | 3233 | Folkner | $173.88 |
| TJ Max | 3235 | Folkner | $358.14 |
| Best Buy | 3238 | Folkner | $500.00 |
| Home Depot | 3239 | Folkner | $400.00 |
| Burger King | 3241 | Folkner | $14.38 |
| Wendys | 3242 | Folkner | $20.29 |
| Circuit City | 3243 | Folkner | $400.00 |
| Burlington | 3244 | Folkner | $256.69 |
| Sears | 3245 | Folkner | $400.00 |
| Finish Line | 3246 | Folkner | $321.85 |
| TJ Max | 3248 | Folkner | $400.00 |
| Wal-Mart | 3251 | Folkner | $400.00 |
| Dollar General | 3252 | Folkner | $114.10 |
| Freds | 3253 | Folkner | $122.53 |
| Wal-Mart | 3321 | Folkner | $400.00 |
| Exxon | 3322 | Folkner | $29.33 |
| Hasting's | 3323 | Folkner | $118.75 |
| Kroger | 3324 | Folkner | $144.19 |
| Linins N Things | 3207 | Folkner | $300.00 |
| Wal Greens | 3327 | Folkner | $194.95 |
| Wal Greens | 3328 | Folkner | $125.00 |
| TJ Max | 3330 | Folkner | $400.00 |
| Wal-Mart | 3331 | Folkner | $400.00 |
| Sears | 3336 | Folkner | $400.00 |
| Best Buy | 3337 | Folkner | $400.00 |
| Wal-Mart | 3339 | Folkner | $400.00 |
| Family Dollar | 3208 | Folkner | $146.36 |
| Lowes | 3211 | Folkner | $383.24 |
| Wendys | 3212 | Folkner | $17.26 |
| Michael's | 3213 | Folkner | $117.93 |
| Michael's | 3214 | Folkner | $111.68 |
| Hancock | 3215 | Folkner | $80.93 |
| Pizza Hut | 3216 | Folkner | $33.00 |
| Jackson's | 3218 | Folkner | $150.44 |
| Freds | 3219 | Folkner | $153.74 |
| Home Depot | 3220 | Folkner | $232.69 |
| Shell | 3221 | Folkner | $31.71 |
| Wendys | 3222 | Folkner | $12.94 |
| Taco Bell | 3225 | Folkner | $14.98 |

$8,746.93

## ACCOUNT 12

| Check # | Date | Retailer | Amount |
|---|---|---|---|
| 2099 | 9/4/2004 | Goody's Family Clothing, Inc. | $175.41 |
| 2093 | 9/3/2004 | Home Depot | $400.00 |
| 2096 | 9/4/2004 | Home Depot | $437.49 |
| 2083 | 9/3/2004 | JC Penney Home Office | $400.00 |
| 2082 | 9/3/2004 | Shell | $35.00 |
| 2085 | 9/3/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 2089 | 9/3/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 2104 | 9/10/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 2105 | 9/10/2004 | Wal-Mart Stores, Inc. | $400.00 |

| | | TOTAL | $3,047.90 |

**ACCOUNT 13**

| Date | Retailer | Check # | Amount |
|------|----------|---------|--------|
| 7/2/2004 | Reliable | 1046 | $282.32 |
| 7/2/2004 | Reliable | 1047 | $24.00 |
| 7/5/2004 | Pizza Hut | 1041 | $25.00 |
| 8/16/2004 | Home Depot | 1042 | $514.07 |
| 8/17/2004 | WalMart | 1045 | $400.00 |
| 8/18/2004 | WalMart | 1048 | $400.00 |
| 8/18/2004 | JC Pennys | 1049 | $300.00 |
| | | | $1,945.39 |

## ACCOUNT 14

| Check # | Date | Retailer | Amount |
|---|---|---|---|
| 3106 | 7/26/2004 | Bed Bath & Beyond | $400.00 |
| 3111 | 7/26/2004 | Best Buy | $500.00 |
| 3112 | 7/26/2004 | Circuit City Stores, Inc | $300.00 |
| 3105 | 7/26/2004 | JC Penney Home Office | $400.00 |
| 3104 | 7/26/2004 | Lowes Companies, Inc. | $500.00 |
| 3115 | 7/27/2004 | Lowes Companies, Inc. | $513.08 |
| 3103 | 7/26/2004 | Sear's | $500.00 |
| 3107 | 7/26/2004 | Sports Authority | $400.00 |
| 3113 | 7/26/2004 | TJ Maxx | $402.07 |
| 3110 | 7/26/2004 | Wal-Mart Stores, Inc. | $400.91 |
| 3114 | 7/27/2004 | Wal-Mart Stores, Inc. | $402.69 |
| | | TOTAL | $4,718.75 |

## ACCOUNT 15

| Check # | Date | Retailer | Amount |
|---|---|---|---|
| 3271 | 11/6/2004 | Back Yard Burgers | $13.32 |
| 3377 | 11/17/2004 | Back Yard Burgers | $26.23 |
| 3267 | 11/6/2004 | Bath & Body Works | $200.00 |
| 3313 | 11/24/2004 | Burger King | $23.27 |
| 3266 | 11/6/2004 | Cato | $193.38 |
| 3297 | 11/9/2004 | Chick-fil-A | $7.77 |
| 3298 | 11/9/2004 | Crown Shop | $36.99 |
| 3253 | 11/5/2004 | Circuit City Stores, Inc | $400.00 |
| 3305 | 11/11/2004 | Exxon | $30.00 |
| 3288 | 11/8/2004 | Factory Show Case | $287.49 |
| 3272 | 11/6/2004 | Family Dollar | $131.50 |
| 3289 | 11/8/2004 | Family Dollar | $142.11 |
| 3374 | 11/15/2004 | Family Dollar | $149.09 |
| 3293 | 11/9/2004 | Freds | $190.51 |
| 3309 | 11/14/2004 | Freds | $173.18 |
| 3314 | 11/23/2004 | Freds | $200.00 |
| 3315 | 11/23/2004 | Freds | $100.00 |
| 3316 | 11/23/2004 | Freds | $100.00 |
| 3320 | 11/23/2004 | Freds | $86.29 |
| 3321 | 11/23/2004 | Freds | $100.00 |
| 3378 | 11/16/2004 | Freds | $282.83 |
| 3383 | 11/19/2004 | Freds | $269.55 |
| 3269 | 11/6/2004 | Goody's Family Clothing, Inc. | $189.24 |
| 3317 | 11/23/2004 | Goody's Family Clothing, Inc. | $200.00 |
| 3385 | 11/19/2004 | Goody's Family Clothing, Inc. | $339.79 |
| 3389 | 11/20/2004 | Goody's Family Clothing, Inc. | $235.95 |
| 3261 | 11/6/2004 | Hastings Entertainment | $189.44 |
| 3379 | 11/16/2004 | Hastings Entertainment | $200.00 |
| 3294 | 11/9/2004 | Hobby Lobby | $238.26 |
| 3375 | 11/16/2004 | Hobby Lobby | $200.00 |
| 3382 | 11/19/2004 | Hobby Lobby | $216.33 |
| 3387 | 11/20/2004 | Hobby Lobby | $180.67 |
| 3265 | 11/6/2004 | JC Penney Home Office | $200.00 |
| 3277 | 11/7/2004 | JC Penney Home Office | $200.00 |
| 3285 | 11/8/2004 | JC Penney Home Office | $134.47 |
| 3286 | 11/8/2004 | JC Penney Home Office | $100.00 |
| 3262 | 11/6/2004 | Kohls Department Stores | $300.00 |
| 3278 | 11/6/2004 | Kroger | $213.59 |
| 3283 | 11/8/2004 | Kroger | $92.69 |
| 3308 | 11/14/2004 | Kroger | $153.03 |
| 3302 | 11/10/2004 | Lowes | $418.23 |
| 3287 | 11/8/2004 | Material World | $136.54 |
| 3371 | 11/14/2004 | Max Mart | $36.32 |
| 3270 | 11/6/2004 | Murphy Oil USA | $35.00 |
| 3292 | 11/9/2004 | Murphy Oil USA | $35.00 |
| 3299 | 11/9/2004 | Party City Corporation | $34.40 |
| 3296 | 11/9/2004 | Pets Mart Corporation | $149.76 |
| 3300 | 11/9/2004 | Pier 1 Imports | $216.00 |
| 3295 | 11/9/2004 | Price Cutters | $169.30 |
| 3251 | 11/5/2004 | Sears | $400.00 |
| 3282 | 11/8/2004 | Shell | $32.00 |
| 3284 | 11/8/2004 | Sutherland Lumber Company | $418.33 |
| 3306 | 11/11/2004 | Taco Bell | $24.91 |
| 3263 | 11/6/2004 | TJ Maxx | $400.00 |
| 3322 | 11/23/2004 | Tobbaco Rack | $72.52 |
| 3254 | 11/5/2004 | Toys R Us | $310.92 |
| 3325 | 11/23/2004 | US Pizza | $49.01 |
| 3257 | 11/5/2004 | Wal-Mart Stores, Inc. | $454.65 |
| 3380 | 11/17/2004 | Wal-Mart Stores, Inc. | $402.34 |
| 3381 | 11/17/2004 | Wal-Mart Stores, Inc. | $400.00 |
| | | TOTAL | $10,922.20 |

**ACCOUNT 16**

| Date | Retailer | Check # | Amount |
|------|----------|---------|--------|
| 10/2/2004 | Kroger | 2022 | $243.18 |
| 10/26/2004 | Wal-Mart | 2003 | $400.00 |
| 10/27/2004 | Taco Bell | 2004 | $22.21 |
| 10/27/2004 | TJ Max | 2007 | $279.85 |
| 10/27/2004 | Kroger | 2008 | $159.95 |
| 10/27/2004 | Party City | 2009 | $128.47 |
| 10/28/2004 | Shell | 2010 | $25.00 |
| 10/28/2004 | Wendys | 2011 | $16.13 |
| 10/29/2004 | Stage | 2013 | $196.04 |
| 10/29/2004 | Freds | 2014 | $239.51 |
| 10/29/2004 | Shell | 2016 | $28.76 |
| 10/31/2004 | Dixie Café | 2017 | $32.47 |
| 11/1/2004 | Family Dollar | 2018 | $134.46 |
| 11/1/2004 | Wal-Mart | 2019 | $400.00 |
| 11/1/2004 | Back Yard Burger | 2020 | $21.95 |
| 11/3/2004 | Home Depot | 2023 | $394.16 |
| 11/3/2004 | Exxon | 2025 | $39.10 |
| 11/3/2004 | Trevors | 2101 | $79.11 |
| 11/3/2004 | JC Pennys | 2102 | $200.00 |
| 11/3/2004 | Kroger | 2103 | $182.19 |
| 11/3/2004 | Popeyes | 2104 | $17.23 |
| 11/4/2004 | JC Pennys | 2106 | $200.00 |
| 11/4/2004 | Tuesday Morning | 2107 | $270.01 |
| 11/4/2004 | Exxon | 2108 | $28.87 |
| 11/4/2004 | Southerlands | 2109 | $256.82 |
| 11/4/2004 | Dollar General | 2111 | $145.52 |
| 11/7/2004 | Popeyes | 2116 | $13.22 |
| 11/8/2004 | Wal-Mart | 2117 | $400.00 |
| 11/8/2004 | Kroger | 2118 | $84.16 |
| 11/8/2004 | Price Cutters | 2119 | $222.92 |
| 11/27/2004 | Home Depot | 2005 | $406.68 |
| 11/27/2004 | Belks | 2006 | $322.30 |

$5,590.27

## ACCOUNT 17

| Check # | Date | Retailer | Amount |
|---|---|---|---|
| 1289 | 12/14/2004 | Cracker Box | $21.54 |
| 1286 | 12/14/2004 | Dollar General Corporation | $220.73 |
| 1270 | 12/8/2004 | Freds | $211.21 |
| 1285 | 12/14/2004 | Goody's Family Clothing, Inc. | $210.34 |
| 1298 | 12/12/2004 | Knights Pump & Save | $20.00 |
| 1299 | 12/13/2004 | Knights Pump & Save | $20.00 |
| 1279 | 12/14/2004 | Lowes Companies, Inc. | $500.00 |
| 1281 | 7/4/1903 | Wal-Mart Stores, Inc. | $432.88 |
| 1282 | 12/14/2004 | Wal-Mart Stores, Inc. | $403.08 |
| 1284 | 12/14/2004 | West's | $258.26 |
| | | TOTAL | $2,298.04 |

## ACCOUNT 18

| Check # | Date | Retailer | Amount |
|---------|------|----------|--------|
| 1121 | 9/29/2004 | BP Gas & Service Station | $23.68 |
| 1129 | 9/29/2004 | Burlington Coat Factory | $401.88 |
| 1130 | 9/29/2004 | Freds | $239.11 |
| 1091 | 10/10/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 1095 | 10/10/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 1123 | 9/29/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 1140 | 10/2/2004 | Wal-Mart Stores, Inc. | $400.00 |
| | | TOTAL | $2,264.67 |

**ACCOUNT 19**

| Retailer | Check # | Amount |
|---|---|---|
| TJ Max | 1475 | $300.00 |
| Kohls | 1461 | $183.43 |
| Belk | 1462 | $528.26 |
| Burger King | 1464 | $16.68 |
| Shell | 1465 | $32.36 |
| Krogers | 1466 | $318.98 |
| Schlotzsky's | 1468 | $26.52 |
| Dollar General | 1469 | $232.17 |
| Wendy's | 1470 | $14.60 |
| Subway | 1471 | $15.95 |
| Jordons #5 | 1472 | $31.00 |
| Home Depot | 1473 | $400.00 |
| Sears | 1476 | $500.00 |
| Lowes | 1477 | $400.00 |
| Goody's | 1479 | $221.59 |
| After Thought | 1480 | $63.71 |
| Dollar General | 1481 | $216.83 |
| Shell | 1483 | $34.67 |
| Payless | 1484 | $68.01 |
| Sears | 1486 | $500.00 |
| Bed Bath & Beyond | 1488 | $136.37 |
| Burlington | 1495 | $209.57 |
| Wal-Mart | 1496 | $202.10 |
| McDonalds | 1497 | $27.41 |
| Goody's | 1381 | $200.00 |
| Krogers | 1383 | $179.20 |
| Old Navy | 1474 | $400.00 |
| Burger King | 1384 | $19.62 |
| Dollar Tree | 1386 | $98.90 |
| Pizza Hut | 1392 | $42.96 |
| | | $5,620.87 |

## ACCOUNT 20

| Check # | Date | Retailer | Amount |
|---|---|---|---|
| 1715 | 7/8/2004 | Burger King | $15.62 |
| 1723 | 7/8/2004 | Burlington Coat Factory | $275.23 |
| 1725 | 7/9/2004 | Dollar General Corporation | $200.55 |
| 1721 | 7/8/2004 | Exxon Nash | $46.09 |
| 1718 | 7/8/2004 | Goody's Family Clothing, Inc. | $209.25 |
| 1720 | 7/8/2004 | Goody's Family Clothing, Inc. | $180.00 |
| 1709 | 7/7/2004 | JC Penney Home Office | $200.00 |
| 1729 | 7/11/2004 | Lowes Companies, Inc. | $400.00 |
| 1707 | 7/6/2004 | Lowes Companies, Inc. | $327.14 |
| 1719 | 7/8/2004 | O'Reilly Auto Parts | $136.07 |
| 1724 | 7/9/2004 | O'Reilly Auto Parts | $269.99 |
| 1701 | 7/6/2004 | Sears | $400.00 |
| 1711 | 7/8/2004 | TJ Maxx | $393.16 |
| 1717 | 7/8/2004 | Trees N Trends, Inc. | $212.69 |
| 1705 | 7/6/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 1728 | 7/10/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 1730 | 7/11/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 1722 | 7/8/2004 | Wendy's | $15.99 |
| | | TOTAL | $4,481.78 |

## ACCOUNT 21

| Check # | Date | Retailer | Amount |
|---|---|---|---|
| 1308 | 9/30/2004 | Arby's | $22.86 |
| 1398 | 9/25/2004 | Best Buy Corporate Campus | $404.64 |
| 1307 | 9/30/2004 | Burger King | $28.61 |
| 1415 | 9/27/2004 | Burger King | $10.78 |
| 1410 | 9/27/2004 | Dollar General Corporation | $174.69 |
| 1417 | 9/28/2004 | Don's | $238.78 |
| 1402 | 9/26/2004 | Express | $300.00 |
| 1302 | 9/28/2004 | Family Dollar | $118.12 |
| 1407 | 9/26/2004 | Family Dollar | $125.64 |
| 1419 | 9/28/2004 | Fred's | $150.04 |
| 1420 | 9/28/2004 | Hastings Entertainment | $188.14 |
| 1394 | 9/25/2004 | Home Depot | $400.00 |
| 1301 | 9/28/2004 | JC Penney Home Office | $196.61 |
| 1404 | 9/26/2004 | JC Penney Home Office | $200.00 |
| 1413 | 9/27/2004 | JC Penney Home Office | $189.65 |
| 1396 | 9/25/2004 | Linens 'n Things | $400.00 |
| 1408 | 9/26/2004 | Lowes Companies, Inc. | $325.04 |
| 1412 | 9/27/2004 | Lowes Companies, Inc. | $405.00 |
| 1418 | 9/28/2004 | Michaels Stores, Inc. | $183.29 |
| 1409 | 9/27/2004 | PetSmart | $232.12 |
| 1416 | 9/28/2004 | Shull's | $28.65 |
| 1391 | 9/25/2004 | TJ Maxx | $400.00 |
| 1403 | 9/26/2004 | Victoria's Secret | $300.00 |
| 1392 | 9/25/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 1399 | 9/25/2004 | Wal-Mart Stores, Inc. | $400.00 |
|  |  | TOTAL | **$5,822.66** |

Account 22

| Date | Retailer | Check # | Amount |
|------|----------|---------|--------|
| 8/8/2004 | Sears | 8251 | $400.00 |
| 8/8/2004 | TJ Max | 8252 | $410.00 |
| 8/9/2004 | Kohl's | 8255 | $300.00 |
| 8/9/2004 | Hasting | 8258 | $200.00 |
| 8/9/2004 | Best - Buy | 8266 | $462.26 |
| 8/10/2004 | Old Navy | 8256 | $400.00 |
| 8/11/2004 | Old Navy | 8271 | $400.00 |
| 8/12/2004 | O Reillys | 8274 | $314.64 |
| 8/13/2004 | Old Navy | 8272 | $322.23 |
| 8/14/2004 | Dollar General | 8278 | $146.62 |
| 8/14/2004 | Sally | 8279 | $36.30 |
| 8/14/2004 | Wal-Mart | 8280 | $402.34 |
| 8/16/2004 | National Home Center | 8360 | $259.42 |
| 8/16/2004 | Wal-Mart | 8362 | $200.00 |
| 8/16/2004 | Southerlands | 8363 | $393.43 |
| 8/16/2004 | Goodys | 8364 | $200.00 |
| 8/16/2004 | Wal-Mart | 8366 | $200.00 |
| 8/16/2004 | Burlington | 8367 | $304.29 |
| 8/16/2004 | Goody's | 8369 | $267.96 |
| 8/16/2004 | US Pizza | 8370 | $52.17 |
| 8/18/2004 | Family Dollar | 8372 | $143.22 |
| 8/18/2004 | Price Cutter | 8373 | $200.74 |
| 8/18/2004 | Kroger | 8374 | $243.38 |
| 8/18/2004 | Wendys | 8378 | $11.24 |
| 8/18/2004 | Home Depot | 8379 | $522.96 |
| 8/18/2004 | Shoe Connection | 8380 | $139.91 |
| 8/20/2004 | Tuesday Morning | 8385 | $227.69 |

$7,160.80

## ACCOUNT 23

| Check # | Date | Retailer | Amount |
|---------|------|----------|--------|
| 2007 | 7/15/2004 | Best Buy Corporate Campus | $400.00 |
| 2016 | 7/20/2004 | Burlington Coat Factory Warehouse Corporation | $300.00 |
| 2017 | 7/20/2004 | Burlington Coat Factory Warehouse Corporation | $105.83 |
| 2013 | 7/18/2004 | Dollar General Corporation | $245.21 |
| 2018 | 7/20/2004 | Goody's Family Clothing, Inc. | $208.43 |
| 2010 | 7/15/2004 | Hastings Entertainment | $161.74 |
| 2008 | 7/15/2004 | JC Penney Home Office | $200.00 |
| 2006 | 7/15/2004 | Kohls Department Stores | $204.59 |
| 2025 | 7/21/2004 | Lowes Companies, Inc. | $292.10 |
| 2021 | 7/20/2004 | O'Reilly Auto Parts | $80.61 |
| 2003 | 7/15/2004 | TJ Maxx | $400.00 |
| 2004 | 7/15/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 2020 | 7/20/2004 | Wendy's | $11.80 |
| | | TOTAL | $3,010.31 |

## ACCOUNT 24

| Date | Retailer | Check # | Amount |
|------|----------|---------|--------|
| 11/22/2004 | Krogers | 5966 | $200.00 |
| 11/30/2004 | Belks | 5944 | $268.46 |
| 12/2/2004 | Buzz Buy | 5949 | $32.50 |
| 12/7/2004 | Burger King | 5868 | $32.50 |
| 12/24/2004 | Wal Mart | 6385 | $396.00 |
| 11/00/04 | Popeyes | 5957 | $13.93 |
| 11/00/04 | Freds | 5962 | $200.00 |
| 11/00/04 | Tuesday Morning | 5963 | $400.00 |
| 11/00/04 | Lowes | 5964 | $397.36 |
| 11/00/04 | Goodys | 5968 | $400.00 |
| 11/00/2004 | Wal Mart | 5947 | $400.00 |
| 11/00/2004 | Jurdons | 5960 | $22.45 |
| 11/00/2004 | Peir 1 imports | 5965 | $200.00 |

$2,963.20

$0.00

**Account 25**

| Date | Retailer | Check # | Amount |
|------|----------|---------|--------|
| 7/17/2004 | Universal Companies | 1067 | $893.23 |
| 7/17/2004 | Universal Companies | 1070 | $989.23 |
| 7/19/2004 | Universal Companies | 1069 | $998.73 |
| 7/21/2004 | Universal Companies | 1065 | $954.63 |
| | | | $3,835.82 |

## ACCOUNT 26

| Date | Retailer | Check # | Amount |
|------|----------|---------|--------|
| 11/15/2003 | Burlington | 1492 | $324.31 |
| 11/15/2003 | Factory | 1493 | $147.62 |
| 11/15/2003 | Kroger | 1494 | $425.03 |
| 11/15/2003 | Express | 1495 | $400.00 |
| 11/15/2003 | K B Toys | 1496 | $400.00 |
| 11/15/2003 | Home Depot | 1498 | $363.43 |
| 11/15/2003 | Lowes | 1499 | $441.29 |
| 11/15/2003 | Phillips 66 | 1520 | $31.00 |
| 11/15/2003 | Kroger | 1521 | $313.69 |
| 11/16/2003 | TJ Max | 1491 | $422.45 |
| 11/16/2003 | Shoe Connection | 1522 | $159.62 |
| 11/16/2003 | Dollar General | 1523 | $299.15 |
| 11/16/2003 | Family Dollar | 1524 | $147.11 |
| 11/16/2003 | Kroger | 1525 | $403.20 |
| 11/16/2003 | Kroger | 1526 | $443.43 |
| 11/16/2003 | Dollar Tree | 1527 | $181.04 |
| 11/17/2003 | Sports Authority | 1529 | $424.25 |
| 11/17/2003 | Cato | 1530 | $241.92 |
| 11/17/2003 | McDonlds | 1532 | $12.44 |
| 11/17/2003 | Garden Ridge | 1533 | $410.26 |
| 11/17/2003 | Kroger | 1534 | $462.21 |
| 11/17/2003 | Wendys | 1535 | $16.45 |
| 11/18/2003 | USA Drug | 1536 | $55.08 |
| 11/18/2003 | Wendys | 1537 | $6.50 |
| 11/18/2003 | Burlington | 1538 | $362.27 |
| 11/18/2003 | Sports Authority | 1540 | $391.05 |
| | | | |
| 11/18/2003 | Exxon | 1543 | $20.00 |
| 11/23/2003 | Taco Bell | 1460 | $63.00 |
| 11/23/2003 | Sonic | 1461 | $12.97 |
| 11/24/2003 | McDonlds | 1462 | $16.95 |
| 11/28/2003 | Advance Auto Parts | 1464 | $83.87 |
| 11/28/2003 | Burger King | 1465 | $12.56 |
| 11/28/2003 | Freds | 1467 | $170.53 |
| 11/28/2003 | Big Red | 1468 | $15.00 |
| 11/28/2003 | Harvest Foods | 1469 | $93.55 |
| 11/28/2003 | Hobby Lobby | 1470 | $46.80 |

$7,820.03

## ACCOUNT 27

| Check # | Date | Retailer | Amount |
|---|---|---|---|
| 3849 | 8/21/2004 | Big Red | $31.28 |
| 3857 | 8/24/2004 | Chick-fil-A | $23.55 |
| 3858 | 8/24/2004 | Co Op | $16.76 |
| 3835 | 8/21/2004 | Dollar General Corporation | $123.63 |
| 3891 | 8/25/2004 | Family Dollar | $146.17 |
| 3843 | 8/23/2004 | Goody's Family Clothing, Inc. | $200.00 |
| 3851 | 8/24/2004 | Goody's Family Clothing, Inc. | $200.00 |
| 3855 | 8/24/2004 | Hobby Lobby | $200.00 |
| 3860 | 8/25/2004 | Hobby Lobby | $288.23 |
| 3895 | 8/25/2004 | Home Depot | $268.92 |
| 3854 | 8/24/2004 | JC Penney Home Office | $200.00 |
| 3899 | 8/26/2004 | JC Penney Home Office | $200.00 |
| 3836 | 8/21/2004 | Kroger | 187.31 |
| 3856 | 8/24/2004 | Lowes Companies, Inc. | $400.00 |
| 3853 | 8/24/2004 | Old Navy | $400.00 |
| 3847 | 8/23/2004 | Pizza Hut | $35.97 |
| 3911 | 8/30/2004 | Pizza Hut | $57.89 |
| 3896 | 8/25/2004 | Popeye's | $30.16 |
| 3831 | 8/20/2004 | Sears | $400.00 |
| 3842 | 8/25/2004 | Shell | $25.00 |
| 3894 | 8/25/2004 | Shell | $25.00 |
| 3859 | 8/24/2004 | Shell | $30.00 |
| 3846 | 8/23/2004 | Shell | $32.11 |
| 3908 | 8/29/2004 | Subway | $19.48 |
| 3893 | 8/25/2004 | Subway | $25.86 |
| 3913 | 9/1/2004 | Taco Bell | $21.47 |
| 3904 | 8/26/2004 | Tuesday Morning | $100.00 |
| 3905 | 8/26/2004 | Tuesday Morning | $100.00 |
| 3833 | 8/14/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 3845 | 8/23/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 3902 | 8/26/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 3906 | 8/26/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 3848 | 8/23/2004 | Wendy's | $21.83 |
| | | TOTAL | $5,410.62 |

## ACCOUNT 28

| Check # | Date | Retailer | Amount |
|---|---|---|---|
| 1132 | 5/3/2004 | Comp USA | $400.00 |
| 1099 | 5/10/2004 | Double Bee's Exxon | $34.87 |
| 1096 | 5/10/2004 | Goody's Family Clothing, Inc. | $200.00 |
| 1093 | 5/10/2004 | Home Depot | $200.00 |
| 1103 | 5/11/2004 | Home Depot | $200.00 |
| 1102 | 5/11/2004 | JC Penney Home Office | $200.00 |
| 1106 | 5/11/2004 | Kroger | $273.90 |
| 1105 | 5/11/2004 | Lowes Companies, Inc. | $404.33 |
| 1124 | 5/3/2004 | Lowes Companies, Inc. | $400.00 |
| 1139 | 6/5/2004 | Lowes Companies, Inc. | $200.00 |
| 1142 | 5/7/2004 | Lowes Companies, Inc. | $400.00 |
| 1107 | 5/11/2004 | O'Reilly Auto Parts | $408.46 |
| 1145 | 5/8/2004 | O'Reilly Auto Parts | $133.34 |
| 1137 | 5/6/2004 | Pier 1 Imports | $200.00 |
| 1147 | 5/8/2004 | Shell | $33.23 |
| 1125 | 5/3/2004 | Taco Bell | $9.86 |
| 1123 | 5/3/2004 | Wal-Mart Stores, Inc. | $600.00 |
| 1148 | 5/8/2004 | Wal-Mart Stores, Inc. | $232.06 |
| 1150 | 5/8/2004 | Wendy's | $11.80 |
| | | TOTAL | $4,541.85 |

### Account 29

| Date | Retailer | Check # | Amount |
|------|----------|---------|--------|
| 8/17/2004 | Wal-Mart | 2861 | $425.49 |
| 8/19/2004 | Payless | 2864 | $55.27 |
| 8/19/2004 | Family Dollar | 2866 | $130.24 |
| 8/21/2004 | Dollar General | 2867 | $176.82 |
| 8/21/2004 | Krogers | 2868 | $167.06 |
| 8/22/2004 | Michael's | 2869 | $114.57 |
| 8/22/2004 | Burlington | 2870 | $253.33 |
| 8/22/2004 | Rack Room | 2872 | $65.54 |
| 8/22/2004 | Dollar Tree | 2873 | $81.68 |
| 8/22/2004 | Dollar General | 2874 | $122.31 |
| 8/24/2004 | JC Pennys | 2876 | $200.00 |
| 8/24/2004 | Lowes | 2877 | $400.00 |
| 8/25/2004 | Fred's | 2878 | $132.83 |
| 8/25/2004 | Hastings | 2879 | $163.49 |
| 8/26/2004 | Family Dollar | 2880 | $125.01 |
| 8/26/2004 | JC Pennys | 2881 | $200.00 |
| 8/26/2004 | Wal-Mart | 2883 | $400.00 |
| 8/26/2004 | Hancocks | 2884 | $200.00 |
| 8/26/2004 | Tuesday Morning | 2885 | $188.83 |
| 8/26/2004 | Lowes | 2886 | $400.00 |
| 8/26/2004 | Super Stop | 2887 | $35.86 |
| 8/26/2004 | Wal-Mart | 2888 | $400.00 |
| 8/27/2004 | Burger King | 2889 | $19.98 |
| 8/27/2004 | Tuesday Morning | 2891 | $176.96 |
| 8/27/2004 | McDonald's | 2892 | $13.29 |
| 8/27/2004 | USA Drug | 2893 | $92.42 |
| 8/27/2004 | Michael's | 2894 | $188.31 |
| 8/27/2004 | Mexico Chiquito | 2895 | $28.45 |
| 8/27/2004 | Wendy's | 2896 | $18.35 |
| 8/27/2004 | Lowes | 2898 | $400.00 |
| 8/28/2004 | Krogers | 2897 | $94.39 |
| 8/28/2004 | Exxon | 2899 | $34.20 |
| 8/29/2004 | Krogers | 2902 | $191.41 |
| 8/29/2004 | Majic Mart | 2903 | $30.00 |
| 8/29/2004 | Home Depot | 2904 | $428.74 |
| 8/29/2004 | Family Dollar | 2905 | $145.52 |
| 8/30/2004 | Burger King | 2906 | $16.45 |
| 8/30/2004 | Burger King | 2907 | $21.08 |
| 8/30/2004 | Pizza Hut | 2911 | $12.07 |
| 8/31/2004 | Krogers | 2912 | $166.15 |
| 9/7/2004 | USA Drug | 2913 | $100.51 |

$6,616.61

## ACCOUNT 30

| Check # | Date | Retailer | Amount |
|---------|------|----------|--------|
| 2433 | 7/21/2004 | BP | $25.75 |
| 2424 | 7/19/2004 | Burger King | $24.50 |
| 2426 | 7/20/2004 | Burlington Coat Factory | $250.30 |
| 2431 | 7/21/2004 | Home Depot | $400.00 |
| 2428 | 7/29/2004 | Pizza Hut | $54.36 |
| 2422 | 7/19/2004 | Sears | $400.00 |
| 2420 | 7/19/2004 | Shell | $33.99 |
| 2382 | 7/22/2004 | Taco Bell | $34.81 |
| | | TOTAL | $1,223.71 |

## Account 31

| Date | Retailer | Check # | Amount |
|------|----------|---------|--------|
| 7/20/2004 | Cedric Cooper | 5387 | $300.00 |
| 7/21/2004 | Wal-Mart | 5317 | $190.00 |
| 7/22/2004 | Goody's | 5372 | $196.77 |
| 7/22/2004 | Wal-Mart | 5373 | $400.00 |
| 7/22/2004 | Lowes | 5374 | $400.00 |
| 7/22/2004 | K-Mart | 5376 | $300.00 |
| 7/22/2004 | Hastings | 5377 | $191.06 |
| 7/22/2004 | Sears | 5379 | $400.00 |
| 7/22/2004 | Linen N Things | 5380 | $400.00 |
| 7/22/2004 | Home Depot | 5382 | $445.25 |
| 7/22/2004 | Wal-Mart | 5383 | $400.00 |
| 7/22/2004 | Exxon | 5384 | $22.68 |
| 7/23/2004 | Cedric Cooper | 5365 | $250.00 |
| 7/23/2004 | Burlington | 5385 | $319.40 |
| 7/23/2004 | Kohls | 5386 | $301.13 |
| 7/23/2004 | Belk | 5388 | $353.04 |
| 7/25/2004 | Home Depot | 5389 | $400.00 |
| 7/25/2004 | Petco | 5390 | $200.00 |
| 7/25/2004 | Lowes | 5392 | $507.98 |
| 7/25/2004 | Steak Escape | 5394 | $21.21 |
| 7/26/2004 | Barbra Coleman-Alexander | 5288 | $250.00 |
| 7/26/2004 | Wal-Mart | 5395 | $418.74 |
| 7/29/2004 | Wal-Mart | 5361 | $190.00 |
| 7/29/2004 | Wal-Mart | 5396 | $190.00 |

$7,047.26

## ACCOUNT 32

| Check # | Date | Retailer | Amount |
|---------|------|----------|--------|
| 1026 | 6/7/2004 | Home Depot | $400.00 |
| 1036 | 7/10/2004 | Home Depot | $400.00 |
| 1037 | 7/11/2004 | JC Penney Home Office | $200.00 |
| 1049 | 7/13/2004 | JC Penney Home Office | $200.00 |
| 1029 | 7/8/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 1030 | 7/8/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 1048 | 7/12/2004 | Wal-Mart Stores, Inc. | $400.00 |
| | | **TOTAL** | **$2,400.00** |

## ACCOUNT 33

| Check # | Date | Retailer | Amount |
|---------|------|----------|--------|
| 2042 | 10/8/2004 | Bed Bath & Beyond | $413.25 |
| 2035 | 10/8/2004 | Belk Transportation | $311.76 |
| 2028 | 10/7/2004 | Best Buy Corporate Campus | $417.47 |
| 2030 | 10/7/2004 | Champs | $100.00 |
| 2026 | 10/7/2004 | Dollar General Corporation | $165.50 |
| 2037 | 10/8/2004 | Family Dollar | $150.00 |
| 2004 | 10/9/2004 | Freds | $146.67 |
| 2038 | 10/8/2004 | Freds | $138.42 |
| 2016 | 10/16/2004 | Goody's Family Clothing, Inc. | $189.00 |
| 2018 | 10/16/2004 | Home Depot | $497.42 |
| 2034 | 10/8/2004 | Home Depot | $431.92 |
| 2006 | 10/10/2004 | JC Penney Home Office | $185.37 |
| 2050 | 10/9/2004 | JC Penney Home Office | $211.17 |
| 2002 | 10/9/2004 | Kroger | $169.05 |
| 2007 | 10/10/2004 | Lowes Companies, Inc. | $415.01 |
| 2009 | 10/11/2004 | Lowes Companies, Inc. | $374.51 |
| 2047 | 10/9/2004 | Lowes Companies, Inc. | $529.90 |
| 2046 | 10/8/2004 | Old Navy | $383.36 |
| 2003 | 10/9/2004 | Pier 1 Imports | $216.00 |
| 2039 | 10/8/2004 | Pier 1 Imports | $276.04 |
| 2029 | 10/7/2004 | Sears | $400.00 |
| 2040 | 10/8/2004 | Sears | $400.00 |
| 2043 | 10/8/2004 | Shell | $39.87 |
| 2027 | 10/7/2004 | TJ Maxx | $390.02 |
| 2036 | 10/8/2004 | TJ Maxx | $390.59 |
| 2008 | 10/10/2004 | Wal-Mart Stores, Inc. | $300.00 |
| | | TOTAL | $7,642.30 |

## ACCOUNT 34

| Check # | Date | Retailer | Amount |
|---------|------|----------|--------|
| 8242 | 7/3/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 8249 | 7/8/2004 | Wal-Mart Stores, Inc. | $400.00 |
| | | TOTAL | **$800.00** |

**ACCOUNT 35**

| Check # | Date | Retailer | Amount |
|---|---|---|---|
| 2072 | 7/14/2004 | Exxon | $25.00 |
| 2077 | 7/15/2004 | Goody's Family Clothing, Inc. | $193.80 |
| 2073 | 7/15/2004 | JC Penney Home Office | $200.00 |
| 2071 | 7/14/2004 | Kohls Department Stores | $201.52 |
| 2076 | 7/15/2004 | Lowes Companies, Inc. | $400.00 |
| 2078 | 7/15/2004 | Lowes Companies, Inc. | $400.00 |
| 2061 | 7/14/2004 | Phillips 66 | $31.12 |
| 2062 | 7/14/2004 | Sears | $400.00 |
| 2065 | 7/14/2004 | Shoe Carnival | $206.86 |
| 2066 | 7/14/2004 | Wal-Mart Stores, Inc. | $400.00 |
| 2069 | 7/14/2004 | Wal-Mart Stores, Inc. | $400.00 |
| | | TOTAL | $2,858.30 |

AO 245B   (Rev. 09/08) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

DEFENDANT:  SHARON L. ALEXANDER
CASE NUMBER:  4:04cr00249-01 JMM

Judgment — Page  6  of  6

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☑  Lump sum payment of $ ___100.00___ due immediately, balance due

    ☐  not later than _____ , or
    ☑  in accordance    ☐ C,   ☐ D,   ☐ E, or   ☑ F below; or

**B**  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☑  Special instructions regarding the payment of criminal monetary penalties:

    During incarceration, Defendant shall pay 50 percent per month of all funds that are available to her. This excludes gifts and gratuities from family and/or friends. During residential re-entry placement, payments will be reduced to 10 percent of the defendant's gross monthly income. Beginning the first month of supervised release, payments will be 10 percent per month of the defendant's monthly gross income.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

    4:04cr249-01 - Sharon Alexander, 4:04cr249-02 - Vondra Alexander, 4:04cr249-02 - Shelly M. Gulley, 4:04cr249-04 - Nikki L. King, 4:04cr249-05 - Kendraya D. Gordon; 4:04cr249-06 - Monica C. Eckwood, 4:04cr247-07 - Christy R. Pickens, 4:04cr249-08 - Cristal Miller, 4:04cr249-09 - Stephanie King Dunn, 4:04cr249-10 - Javlin M. Thompson, 4:04cr249-11 - Michael Jerman Caffey, 4:04cr249-12 - Lance Edward Mabrie

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.